Thomas J. Nolan (CA SBN 48413)
Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA 94301
Tel. (650) 326-2980
Fax (650) 326-9704

Yitai Hu (CA SBN 248085)
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel. (650) 838-2000
Fax (650) 838-2001

Counsel for Defendant
Hao Zhang

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>           Plaintiff,<br><br>    vs.<br><br>HAO ZHANG, ET AL.,<br><br>           Defendants. | Case No.: CR 15-00106 EJD<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

In accordance with Criminal L.R. 44-2(b), Thomas J. Nolan moves to withdraw his appearance as counsel for defendant Hao Zhang in the instant action. Daniel Olmos of Nolan Barton Olmos, LLP will continue to serve as co-counsel with Alston & Bird on behalf of Mr. Zhang in this action through its attorney Yitai Hu. Defendant Zhang has received notice of this motion. Please remove Thomas J. Nolan from the Court's service list for this action.

Dated: August 9, 2018

NOLAN BARTON & OLMOS LLP

_____/S/_____
Thomas J. Nolan
Attorney for Defendant Hao Zhang