Thomas J. Nolan (CA SBN 48413)
Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS LLP
600 University Avenue
Palo Alto, CA  94301
Tel. (650) 326-2980
Fax (650) 326-9704

Edward Swanson (CA SBN 159859)
August Gugelmann (CA SBN 240544)
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA  94104
Tel. (415) 477-3800
Fax (415) 477-9010

Counsel for Defendant
Hao Zhang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>HAO ZHANG,<br><br>　　　　　　　　　　Defendant. | Case No. CR 15-0106 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE** |

　　　Defendant Hao Zhang and the United States of America hereby stipulate and agree as follows:

　　　1)　　On June 19, 2019, the parties waived jury and began a court trial.  On that date, the Court scheduled the next appearances for September 10 and 11, 2019 at 10:00 a.m.

　　　2)　　Due to a family emergency, counsel for Mr. Zhang is no longer able to appear on September 10 and 11.

　　　3)　　The parties therefore agree that the next trial date should be continued to October 2, 2019, at 10:00 a.m., with a further date of October 4, 2019, if necessary.  The parties

understand that these dates are available to the Court.

IT IS SO STIPULATED.

Dated: September 5, 2019

                      /s/
Edward W. Swanson
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Hao Zhang

                      /s/
Thomas J. Nolan
Daniel Olmos
NOLAN BARTON & OLMOS LLP
Attorneys for Hao Zhang

                      /s/
Michelle J. Kane
Assistant United States Attorney

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The September 10 and 11, 2019, dates are vacated. The parties are to appear on October 2, 2019, at 10:00 a.m. and on October 4, 2019, as necessary.

Dated:_____                       _____
Hon. Edward J. Davila
United States District Court