UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** December 16, 2019 | **Time:** 10:13-11:10, 11:19-12:14pm | **Judge:** Edward J. Davila |
| | **Total Time:** 1 Hr. 12 Mins | |
| **Case No.:** 15-cr-00106-EJD-2 | **Case Name:** UNITED STATES v. Hao Zhang(P)(NC)(I) | |

**Attorney for Plaintiff:** Michelle Kane, Susan Knight

**Attorney for Defendant:** August Gugelmann, Edward Swanson, Daniel Olmos

| | |
|---|---|
| **Deputy Clerk:** Adriana M. Kratzmann | **Court Reporter:** Summer Fisher |
| **Interpreter:** Anthony Tam/Connie Chen (Mandarin) | **Probation Officer:** N/A |

### PROCEEDINGS – CLOSING ARGUMENTS (BENCH TRIAL)

Defendant is present, out of custody and assisted by the Mandarin language interpreters.
The Court heard closing arguments from counsel. The Court set the matter for hearing on decision on 2/27/2020 at 2:00 pm (SPECIAL SET).

**CASE CONTINUED TO: February 27, 2020 2:00 P.M. for hearing on decision of Court re bench trial.**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Adriana M. Kratzmann
Courtroom Deputy
Original: Efiled
CC: