DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102-3495
     Telephone: 415.436.7200
     Facsimile:  415.436.7234
     Email: david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: CR 15-0106 EJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | DECLARATION OF PUBLICATION |
| v. | ) | |
| | ) | |
| HAO ZHANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 9, 2020 and ending on November 7, 2020. (See, Attachment 1).

I declare under penalty of perjury that the forgoing is true and correct.

Executed on November 9, 2020 at San Francisco, California.

_____/S/_____
CAROLYN JUSAY
FSA Paralegal/Asset Forfeiture Unit

DECLARATION OF PUBLICATION
CR 15-0106 EJD               1

Attachment 1

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**COURT CASE NUMBER: CR 15-0106 EJD; NOTICE OF FORFEITURE**

Notice is hereby given that on August 31, 2020, in the case of <u>U.S. v. Hao Zhang</u>, Court Case Number CR 15-0106 EJD, the United States District Court for the Northern District of California entered an Order condemning and forfeiting the following property to the United States of America:

Patent No. 8,692,631 ☐ Bulk Acoustic Wave Resonator and Method of Fabricating Same, filed on 10/12/2009 (20-FBI-005577) which was seized from Hao Zhang on September 01, 2020 at 3737 Watt Way, located in Los Angeles, CA

Patent No. 8,384,497 ☐ Piezoelectric Resonator Structure Having an Interference Structure, filed on 12/18/2009 (20-FBI-005578) which was seized from Hao Zhang on September 01, 2020 at 3737 Watt Way, located in Los Angeles, CA

Patent No. 8,253,513 ☐ Temperature Compensated Thin Film Acoustic Wave Resonator, filed on 3/16/2010 (20-FBI-005580) which was seized from Hao Zhang on September 01, 2020 at 3737 Watt Way, located in Los Angeles, CA

Patent No. 12/813,147 ☐ Acoustic Wave Resonators and Methods of Manufacturing Same, filed on 6/10/2010 (20-FBI-005581) which was seized from Hao Zhang on September 01, 2020 at 3737 Watt Way, located in Los Angeles, CA

Patent No. 8,830,012 ☐ Composite Bulk Acoustic Wave Resonator, filed on 9/7/2010 (20-FBI-005582) which was seized from Hao Zhang on September 01, 2020 at 3737 Watt Way, located in Los Angeles, CA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (October 09, 2020) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 280 South First Street, Room 2112, San Jose, CA  95113, and a copy served upon Assistant United States Attorney David Countryman, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA  94102.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions

are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney David Countryman, 450 Golden Gate Avenue, 9th Floor, San Francisco, CA 94102.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 9, 2020 and November 07, 2020.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Hao Zhang

**Court Case No:**      CR 15-0106 EJD
**For Asset ID(s):**    See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/09/2020 | 24.0 | Verified |
| 2 | 10/10/2020 | 24.0 | Verified |
| 3 | 10/11/2020 | 23.9 | Verified |
| 4 | 10/12/2020 | 23.9 | Verified |
| 5 | 10/13/2020 | 23.9 | Verified |
| 6 | 10/14/2020 | 23.8 | Verified |
| 7 | 10/15/2020 | 23.9 | Verified |
| 8 | 10/16/2020 | 23.9 | Verified |
| 9 | 10/17/2020 | 23.8 | Verified |
| 10 | 10/18/2020 | 23.9 | Verified |
| 11 | 10/19/2020 | 23.9 | Verified |
| 12 | 10/20/2020 | 23.9 | Verified |
| 13 | 10/21/2020 | 23.8 | Verified |
| 14 | 10/22/2020 | 24.0 | Verified |
| 15 | 10/23/2020 | 23.9 | Verified |
| 16 | 10/24/2020 | 23.9 | Verified |
| 17 | 10/25/2020 | 23.9 | Verified |
| 18 | 10/26/2020 | 23.9 | Verified |
| 19 | 10/27/2020 | 23.9 | Verified |
| 20 | 10/28/2020 | 23.8 | Verified |
| 21 | 10/29/2020 | 23.9 | Verified |
| 22 | 10/30/2020 | 23.9 | Verified |
| 23 | 10/31/2020 | 23.9 | Verified |
| 24 | 11/01/2020 | 24.0 | Verified |
| 25 | 11/02/2020 | 23.9 | Verified |
| 26 | 11/03/2020 | 23.9 | Verified |
| 27 | 11/04/2020 | 23.9 | Verified |
| 28 | 11/05/2020 | 23.9 | Verified |
| 29 | 11/06/2020 | 23.9 | Verified |
| 30 | 11/07/2020 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.