DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

DAVID B. COUNTRYMAN (CABN 226995)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: 415.436.7200
    Fax: 415.436.7234
    david.countryman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | **CASE NO. CR 15-0106 EJD** |
|---|---|---|
| Plaintiff, | ) | **THIRD PARTY PETITION; STIPULATED APPLICATION OF THE UNITED STATES FOR AN AMENDED ORDER OF FORFEITURE; AND [PROPOSED] ORDER** |
| v. | ) | |
| HAO ZHANG, | ) | |
| Defendant. | ) | |

On August 27, 2020, the United States filed an Application for a Preliminary Order of Forfeiture for five US Patents/Patent Applications filed by Hao Zhang (the "Subject Patents"):

| No. | Patent No./ Appl. No. | Title | Filing Date | Current Named Inventor(s) |
|---|---|---|---|---|
| 1 | 8,692,631 | Bulk Acoustic Wave Resonator and Method of Fabricating Same | 10-12-2009 | Hao Zhang |
| 2 | 8,384,497 | Piezoelectric Resonator Structure Having an Interference Structure | 12-18-2009 | Hao Zhang |
| 3 | 8,253,513 | Temperature Compensated Thin Film Acoustic Wave Resonator | 3-16-2010 | Hao Zhang |
| 4 | 12/813,147 | Acoustic Wave Resonators and Methods of Manufacturing Same | 6-10-2010 | Hao Zhang |

| 5 | 8,830,012 | Composite Bulk Acoustic Wave Resonator | 9-7-2010 | Wei Pang, Hao Zhang |

*See* ECF No. 348. In its application, the United States asserted that the defendant used trade secrets stolen from Avago Technologies in each of the Subject Patents. *See* Id. at 2:23-3:2; ECF No. 341 at 4:6-9.

On August 31, 2020, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's interest in the Subject Patents. ECF No. 349.

Avago Technologies International Sales Pte. Limited ("Avago") now petitions this Court pursuant to 21 U.S.C. § 853(n)(2) for the return of the Subject Patents. Avago asserts that it is a party with a legal right, title, or interest in the property superior to that of the defendant, pursuant to 21 U.S.C. § 853(n)(6)(A). The United States does not oppose this petition. Accordingly, the United States and Avago (collectively the "Parties") now respectfully request that the Subject Patents be returned to Avago.

In addition to Section 853(n)(6)(A), the statute necessary to effectuate this return is 35 U.S.C. § 256, which reads:

> (a) Whenever through error a person is named in an issued patent as the inventor, or through error an inventor is not named in an issued patent, the Director may, on application of all the parties and assignees, with proof of the facts and such other requirements as may be imposed, issue a certificate correcting such error.
>
> (b) The error of omitting inventors or naming persons who are not inventors shall not invalidate the patent in which such error occurred if it can be corrected as provided in this section. The court before which such matter is called in question may order correction of the patent on notice and hearing of all parties concerned and the Director shall issue a certificate accordingly

Accordingly, the Parties respectfully request the following:

1) That, pursuant to 21 U.S.C. § 853(n)(3) Avago be declared the legal owner of the Subject Patents; and

2) That, pursuant to 35 U.S.C. § 256(a), the Subject Patents be corrected by identifying the Correct Named Inventor(s) identified in the Proposed Order as the respective inventors of the

Subject Patents, and that the Director of the United States Patent and Trademark Office shall issue appropriate certificates accordingly.

Dated: 12/4/2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/S/_____
DAVID B. COUNTRYMAN
Assistant United States Attorney

_____/S/_____
LEE H. RUBIN
Attorneys for Third-Party Petitioner Avago Technologies International Sales Pte. Limited

[PROPOSED] ORDER

Having considered the application for an Amended Order of Forfeiture filed by the United States and Avago Technologies International Sales Pte. Limited, the record of the Court, and for good cause shown,

IT IS HEREBY ORDERED that the defendant's interest in the following property (the "Subject Patents") was forfeited to the United States pursuant to Title 18, United States Code, Sections 1834 and 2323 and Title 28, United States Code, Section 2461(c):

| No. | Patent No./ Appl. No. | Title | Filing Date | Current Named Inventor(s) | Correct Named Inventor(s) |
|---|---|---|---|---|---|
| 1 | 8,692,631 | Bulk Acoustic Wave Resonator and Method of Fabricating Same | 10-12-2009 | Hao Zhang | John Choy, Chris Feng, Phil Nikkel |
| 2 | 8,384,497 | Piezoelectric Resonator Structure Having an Interference Structure | 12-18-2009 | Hao Zhang | John Choy, Chris Feng, Phil Nikkel |
| 3 | 8,253,513 | Temperature Compensated Thin Film Acoustic Wave Resonator | 3-16-2010 | Hao Zhang | Richard C. Ruby |
| 4 | 12/813,147 | Acoustic Wave Resonators and Methods of Manufacturing Same | 6-10-2010 | Hao Zhang | Phil Nikkel |
| 5 | 8,830,012 | Composite Bulk Acoustic Wave Resonator | 9-7-2010 | Wei Pang, Hao Zhang | Paul Bradley, Richard C. Ruby, John D. Larson III |

IT IS FURTHER ORDERED that Avago Technologies International Sales Pte. Limited has legal right, title, or interest in the Subject Patents, which is superior to that of the defendant, pursuant to Title 21, United States Code, Section 853(n)(6)(A), and that Avago Technologies International Sales Pte. Limited is determined to be the legal owner of the Subject Patents.

///
///
///
///
///
///
///

PETITION AND AMENDED ORDER OF FORFEITURE
CR 15-0106 EJD                                                  4

IT IS FURTHER ORDERED that, pursuant to Title 35, United States Code, Section 256(a), the Subject Patents be corrected by identifying the Correct Named Inventor(s) identified above as the respective inventors of the Subject Patents, and that the Director of the United States Patent and Trademark Office shall issue appropriate certificates accordingly.

IT IS SO ORDERED this _____ day of _____ 2020.

_____
HON. EDWARD J. DAVILA
United States District Judge